# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3560

_____

CHARLES D. JENNINGS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal–Original Jurisdiction.

January 17, 2024

PER CURIAM.

In light of the Special Master's Report and Recommendation of November 6, 2023, the petition for belated appeal is DENIED.

B.L. THOMAS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles D. Jennings, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.